# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph Lathus,<br><br>    Plaintiff,<br><br>v.<br><br>Ferrin Crosby,<br><br>    Defendant. | **NO. CV-25-08148-PCT-CDB**<br><br>**ORDER** |

This matter was assigned to Magistrate Judge Camille D. Bibles (Doc. 7). On September 5, 2025, the Magistrate Judge filed a Report and Recommendation ("R&R") with this Court. (Doc. 13). The Magistrate Judge recommends the Court dismiss Plaintiff's Complaint (Doc. 1) without leave to amend, deny Plaintiff's Motion to Proceed in Forma Pauperis (Doc. 2) as moot, and further warn Plaintiff that he may be deemed as a vexatious litigant. (Doc. 13). On September 10, 2025, Plaintiff filed Objections (Doc. 16) to the R&R. After considering the R&R and the arguments raised in Plaintiff's Objections thereto, the Court adopts the R&R. (Doc. 13).

## STANDARD OF REVIEW

When reviewing a magistrate judge's report and recommendation, this Court "shall make a de novo determination of those portions of the report . . . to which objection is made" and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). However, the relevant provision of the

Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149 (1985); see also Wang v. Masaitis, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R & R is only required when an objection is made to the R & R."); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."). Likewise, it is well-settled that "failure to object to a magistrate judge's factual findings waives the right to challenge those findings." Bastidas v. Chappell, 791 F.3d 1155, 1159 (9th Cir. 2015) (quoting Miranda v. Anchondo, 684 F.3d 844, 848 (9th Cir. 2012)).

## DISCUSSION[1]

Plaintiff objects to the dismissal of his Complaint arguing that (1) the Defendant and the factual basis of this Complaint are distinct from those involved in prior litigation and (2) he is not a vexatious litigant. (Doc. 16).

Plaintiff contends that his Complaint alleges a new action under 42 U.S.C. §1983 because the Defendant named is different from those in previous litigation. (Id. at 2-3). Plaintiff argues that the Defendant's affidavit is directly correlated to his malicious prosecution claim in a prior suit. (Id. at 3-4). To support his objections, Plaintiff has attached 15 exhibits including various screenshots of emails, maps, and pictures. (See Id. at 8-29). "[A] district court has discretion, but is not required, to consider evidence presented for the first time in a party's objection to a magistrate judge's recommendation." Brown v. Roe, 279 F.3d 742, 744 (9th Cir. 2002)(citation omitted). Plaintiff failed to demonstrate that any of the exhibits presented support a cognizable claim under § 1983. Additionally, the exhibits include references to individuals who are not relevant and have no bearing on this Complaint. (Id. at 26). Therefore, the Court will not consider Plaintiff's evidence.

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Doc. 13).

The Magistrate Judge has recommended that the Court issue a warning to Plaintiff because the factual allegations and claims in Plaintiff's Complaint are duplicative of three prior filings, all which were dismissed pursuant to 28 U.S.C. §1915. (Doc. 13 at 22). Plaintiff contends he is not a vexatious litigant because the harm caused by his misdemeanor has impacted his livelihood and reflect systemic retaliation. (See Doc. 16 at 6).

Having reviewed the legal conclusions of the R&R of the Magistrate Judge, and the objections having been made by Plaintiff thereto, the Court finds that the Magistrate Judge adequately addressed all of Plaintiff's arguments. Therefore, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. (Doc. 13).

Accordingly,

**IT IS ORDERED adopting** the Magistrate Judge's Report and Recommendation. (Doc. 13).

**IT IS FURTHER ORDERED dismissing** Plaintiff's Complaint **with prejudice** and **without leave to amend**. (Doc. 1).

**IT IS FURTHER ORDERED denying** Plaintiff's Application for Leave to Proceed *In Forma Pauperis* as **moot**. (Doc. 2).

**IT IS FURTHER ORDERED directing** the Clerk of the Court to terminate this action.

**IT IS FURTHER ORDERED warning** Plaintiff that if he files any further complaints, accompanied by motions to proceed in forma pauperis, with regard to the same defendants and arising from the same events giving rise to the previously filed lawsuits discussed herein, he may be deemed a vexatious litigant and enjoined from filing any such lawsuit pursuant to the Court's inherent powers and 28 U.S.C. § 1651.

Dated this 12th day of November, 2025.

_____
Stephen M. McNamee
Senior United States District Judge